IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BAARI'A [of the family] MUHAMMAD,  )
                                    )
            Plaintiff,              )
                                    )
       v.                           )      1:25CV972
                                    )
REX ALAN SPIVEY et al.,             )
                                    )
            Defendants.             )

## ORDER

On November 6, 2025, the Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 10.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the instant motion (Doc. 5) is terminated, the Summonses (Doc. 6) are cancelled, this action is DISMISSED for lack of subject matter jurisdiction (due to its frivolousness) or in the alternative for its obvious failure to state a claim, and Plaintiff is warned that the filing of any further frivolous or vexatious documents will result in the

imposition of sanctions, including monetary sanctions and a pre-filing injunction.  All remaining motions are DENIED as moot.

                                                          /s/   Thomas D. Schroeder
                                               United States District Judge

January 12, 2026