IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BAARI'A [of the family] MUHAMMAD,  )
                                   )
              Plaintiff,           )
                                   )
        v.                         )          1:25cv972
                                   )
REX ALAN SPIVEY et al.,            )
                                   )
              Defendants.          )

**ORDER**

On February 24, 2026, the Text Recommendation of the United States Magistrate Judge was entered and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 63.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the court DENIES the Motion to Vacate Judgment (Doc. 55). The motion is yet another frivolous waste of this court's limited resources.

IT IS FURTHER ORDERED that the Motion for Leave to File Brief (Doc. 61) and Motion to Waive Pacer Fees (Doc. 64) are DENIED as MOOT.

/s/   Thomas D. Schroeder
United States District Judge

April 2, 2026

2